IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET A. SWEET,** | : | CIVIL ACTION NO. 1:CV-06-0502 |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **LINDA S. MCMAHON,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 13th day of February, 2007, upon consideration of the report of the magistrate judge (Doc. 10), to which no objections were filed, recommending the denial of plaintiff's appeal (Doc. 1) from the decision of the Commissioner of Social Security, and, following an independent review of the record, it appearing that the administrative law judge's findings are supported by substantial evidence, see Brown v. Bowen, 845 F.2d 1211, 1213 (3d Cir. 1988) (defining substantial evidence as "such relevant evidence as a reasonable mind might accept as adequate to support a conclusion" (citation omitted)), it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 10) is ADOPTED.

2. Plaintiff's appeal from the decision of the Commissioner of Social Security (Doc. 1) is DENIED.

3. The Clerk of Court is directed to CLOSE this file.

                                                   S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge